UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-81151-AMC

JORGINA LULU GUILLERMO DIAZ,
    *Plaintiff,*

vs.

DANIEL HERNANDEZ,
a/k/a 6ix9ine,
a/k/a TEKASHI69,
    *Defendant.*
_____/

## NOTICE OF STATUS REPORT

In accordance with this Court's Order of August 19, 2025 (ECF No. 93), undersigned counsel for Defendant Daniel Hernandez files the following status report providing an update on the status of representation:

Since the status conference held on August 18, 2025, Defendant Daniel Hernandez and undersigned counsel have reached an agreement on payment arrangements and a funding plan. Under that plan, the parties anticipate that issues pertaining to the retainer of undersigned counsel will be resolved within the next thirty days, thus allowing undersigned counsel to remain as counsel of record. Undersigned counsel respectfully proposes that the Court set another status report in

thirty days, at which time counsel will either confirm continued representation or promptly seek leave to withdraw, as warranted.

                                                Respectfully submitted,

                                                **BLACK SREBNICK**
                                                201 South Biscayne Boulevard, Suite 1300
                                                Miami, Florida 33131 / Ph. (305) 371-6421

By:   /s *Lisandra Guerrero*
        HOWARD SREBNICK
        Florida Bar No. 919063
        E-mail: HSrebnick@RoyBlack.com

        LISANDRA GUERRERO
        Florida Bar No. 0098521
        E-mail: LGuerrero@RoyBlack.com

        *Counsel for Defendant, Daniel Hernandez*